UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARL CASWELL, )<br>　　　　　　　　　　　　　　　　)   C.A. No.<br>　　Plaintiff, )<br>　　　　　　　　　　　　　　　　)<br>　　v. )<br>　　　　　　　　　　　　　　　　)<br>MICHELE M. LEONHART )<br>　　　　　　　　　　　　　　　　)<br>　　Defendant. ) | |

**NOTICE OF REMOVAL TO THE UNITED STATES
FOR THE DISTRICT OF MASSACHUSETTS**

The defendant, Michele M. Leonhart, by and through her Attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, hereby gives notice pursuant to 28 U.S.C. § 1442 of her removal of this lawsuit to the United States District Court for the District of Massachusetts.

As grounds for the removal, the defendant states that a culture of people use drugs and the Drug Enforcement Administration is enforcing laws that gives crime control over the drugs the people use causing unsafe use.   At the time of the alleged accusation out of which the claim arose, Michele M. Leonhart was acting within the scope of her employment for the United States, while employed at the Drug Enforcement Administration, Springfield, VA, in its Office of Diversion Control.

In this action, Plaintiff appears to be attempting to abolish the Drug Enforcement Administration for unsafe distribution of drugs, which he apparently blames on Michele M. Leonhart.   As such, because Plaintiff seemingly is suing a federal employee in her official capacity, this action is subject to removal pursuant to 28 U.S.C. § 1442.   A true and accurate copy of the Complaint is filed herewith.

        Respectfully submitted,

        CARMEN M. ORTIZ
        UNITED STATES ATTORNEY

By:    */s/ Michael Sady*
        Michael Sady
        Assistant United States Attorney
        United States Attorney's Office
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3100
        michael.sady@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on July 18, 2014. A true copy of this Notice of Removal has been sent to:

Carl Caswell
174 Pleasant Street
Marblehead, MA   01945

        */s/ Michael Sady*
        Michael Sady
        Assistant United States Attorney