May 19, 2014

(    **Carl Caswell** (Pro Se)
(    Political represented on behalf of the Drug culture.
(    174 Pleasant St
(    Marblehead MA 01945
(
(
(
(     VS
(
(    **MICHELE M. LEONHART**
(    Drug Enforcement Administration
(    Attn: Office of Diversion Control
(    8701 Morrissette Drive
(    Springfield, VA 22152

2014-784

FILED IN THE SUPERIOR COURT FOR THE COUNTY OF ESSEX
MAY 19 2014
CLERK

**Compliant of unsafe distribution of drugs.**

**The falling affidavit supports the above Compliant**
The plaintiff states the fallowing:
A culture of people use drugs and the Drug Enforcement Administration is enforcing laws that's give crime control over the drugs the people use causing unsafe use.

**The plaintiff seeks relief** by transferring all money and powers of the Drug Enforcement Administration to a political represented on behalf of the people who use the drugs until such time a political represented can be elected to represent the people and run and control the office of Administrate the Drug Enforcement Administration.

Pro Se _Carl B Caswell_

Carl Caswell
Political represented on behalf of the Drug culture.
174 Pleasant St
Marblehead MA 01945